IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JAMES ADAMS, | : | Case No. 1:20-cv-601 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| HAMILTON COUNTY JUSTICE CENTER, et al., | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 6) AND DISMISSING ALL CLAIMS IN THE COMPLAINT WITH PREJUDICE WITH THE EXCEPTION OF PLAINTIFF'S EIGHTH AMENDMENT CLAIM AGAINST UNIDENTIFIED HCJC NURSES IN THEIR INDIVIDUAL CAPACITIES**

This civil rights action under 42 U.S.C. § 1983 is before the Court upon the Report and Recommendation ("Report") (Doc. 6) entered by United States Magistrate Judge Stephanie K. Bowman. As no objection has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Court **ORDERS** that the claims in the Complaint (Doc. 1) are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), with the exception of Plaintiff's Eighth Amendment claim against the unidentified HCJC nurses in their individual capacities.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND