IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JAMES ADAMS, | : | Case No. 1:20-cv-601 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| v. | : | |
| | : | |
| HAMILTON COUNTY JUSTICE CENTER, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 16) AND TERMINATING CASE**

This action is before the Court on Magistrate Judge Peter B. Silvain, Jr.'s Report and Recommendation (Doc. 16). This matter was referred to Magistrate Judge Silvain pursuant to 28 U.S.C. § 636(b). He recommends that the action be dismissed without prejudice for want of prosecution. Plaintiff has not filed objections and the time to do so has expired. Fed. R. Civ. P. 72(b). As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon review, the Court **ADOPTS** the Report and Recommendation and **ORDERS** as follows:

(1) The case is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Report.

(2) This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF OHIO

By: _____
        JUDGE MATTHEW W. McFARLAND